IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-03011-MSK-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:           January 21, 2014 | Courtroom Deputy:   Courtni Covington |

*Parties:*                                                *Counsel:*

TRENTON ARTHUR,                           Matthew W. Buck

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, *et al.*,      Richard A. Stubbs
                                          Robert A. Wolf

    Defendants.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:     9:15 a.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding their indication of consent in the proposed scheduling order but notes no consent form has been filed in the case. Counsel advise that it is their intention to consent to the jurisdiction of a Magistrate Judge. The court notes it can provide the form for counsel to sign at the end of this hearing.

Discussion between the court and the parties regarding Defendants' **Unopposed Motion to Stay Discovery and Depositions** [Doc. No. 15], counsel's intention of avoiding unnecessary costs, and what discovery the parties envision would be relevant to the case.

Discussion between the court and counsel for Plaintiff regarding his theory of the case, the relief sought, and the filing of an amended complaint. Plaintiff's counsel notes an amendment would only change the names of the Defendants on the Complaint.

**ORDERED:**   *Unopposed Motion to Stay Discovery and Depositions* [Doc. No. 15, filed 1/17/2014] is **GRANTED**. All discovery in this case shall be **STAYED** pending further order from the court.

The court notes it will **DEFER** action on the proposed scheduling order at this time and directs Plaintiff's counsel to file his amended complaint within one week.

**ORDERED:**     A Motion Hearing regarding Defendants' *Motion to Dismiss* [Doc. No. 10] is set for **February 26, 2014 at 1:30 p.m.**

The court advises counsel of its intention to either rule from the bench or provide counsel with a clear inclination on the Motion to Dismiss at the Motion Hearing set for February.

HEARING CONCLUDED.
**Court in recess:     9:35 a.m.**
Total time in court:     00:20

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.